UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DURHAM SCHOOL SERVICES, L.P., ) <br> DURHAM HOLDING II, L.L.C., ) <br> and NATIONAL EXPRESS L.L.C, ) <br> ) <br> Defendants. ) | Civil Action No. 1:22-cv-11992-RGS |

### NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Plaintiff Conservation Law Foundation, Inc. ("CLF" or "Plaintiff"), and Defendants Durham School Services, L.P., Durham Holding II, L.L.C., and National Express L.L.C. ("Durham" or "Defendants") (jointly the "Parties") hereby provide notice to the Court that the Parties are lodging the attached Proposed Consent Decree, pending the conclusion of the required 45-day review period mandated by the Clean Air Act in accordance with the following paragraph of this notice. The Consent Decree represents a settlement of all claims presented by Plaintiff against the Defendants in this case. No action by the Court is needed at this time.

Under Section 304(c)(3) of the Clean Air Act, the United States has 45 days from receipt of a proposed consent judgment by the Department of Justice Citizen Suit Coordinator (on behalf of the Attorney General) and the U.S. Environmental Protection Agency to review the proposed consent judgment and provide any comments to the Court. 42 U.S.C. § 7604(c)(3). Plaintiff will promptly provide a copy of the proposed consent judgment to the United States by email. The Parties will notify the Court when the 45-day period has expired and request that the proposed consent decree be entered.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 12, 2024 | CONSERVATION LAW FOUNDATION, INC., |

/s/ Chelsea E. Kendall
Chelsea E. Kendall, BBO # 705513
Heather A. Govern, BBO # 688482
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1792
ckendall@clf.org

DURHAM SCHOOL SERVICES, L.P., DURHAM HOLDING II, L.L.C., and NATIONAL EXPRESS L.L.C,
/s/ Colin G. Van Dyke
Colin G. Van Dyke, BBO # 665021
Christina S. Marshall, BBO # 688348
ANDERSON & KREIGER LLP
50 Milk Street, 21st Floor
Boston, MA  02109
617-621-6500
cvandyke@andersonkreiger.com
cmarshall@andersonkreiger.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 12, 2024, the foregoing Motion was filed through the Court's Electronic Case Filing (ECF) system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

               Dated: July 12, 2024

               /s/ Chelsea E. Kendall
               Chelsea E. Kendall, Esq.